# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-00745-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| CLIFFORD ROBERT SANCHEZ, | ECF No. 4 |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Hearing on Motion for Review of Magistrate Judge's Detention Order currently scheduled on June 13, 2023 at the hour of 9:30 a.m., be vacated and continued to June 21, 2023, at 1:00 p.m.

DATED this 6th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE